Singleton *v.* Pidgeon.

---

## SINGLETON *v.* PIDGEON.

DISCONTINUANCE—SPECIAL JUDGE.—When, under the provisions of sections 207 and 208 of the code, (2 G. & H. p. 154,) a judge, other than the regular judge of the Court, is called in by the regular judge, to try causes which he is incompetent to try, and such other judge fails to appear at the time designated for the trial of such causes, they are not thereby discontinued, but should be passed to, and continued upon, the general docket of the causes pending in said Court.

APPEAL from the *Bartholomew* Circuit Court.

*Per Curiam.*—The law of *Indiana* provides, that in four cases a judge may be called in by the regular judge of the Court, to try causes in his stead.

1. Where the regular judge of the Court is interested, &c.
2. Where he is of kin to either party.
3. Where he is a witness in the cause.
.4. Where there is an affidavit of prejudice. 2 G. & H. p. 154.

In such cases, where the judge called in fails to appear at the time designated for the trial, or, appearing, fails to finally try the cause, the same is not discontinued, but passes to, and continues, by operation of law, upon the general docket of causes pending in said Court. A change of judge, in such case, does not work a change of Court. The Court continues the same. Public policy requires this rule.

The judgment is reversed, with costs. Cause remanded, with instructions to reinstate the cause upon the docket.

*R. Hill*, for the appellant.

*S. Stansifer* and *Francis T. Hord*, for the appellee.